ACCEPTED
06-15-00064-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/10/2015 12:27:38 PM
DEBBIE AUTREY
CLERK

<u>CAUSE NO. 06-15-00064-CR</u>

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

9/10/2015 12:27:38 PM

DEBBIE AUTREY
Clerk

IN THE TEXAS COURT OF APPEALS

FOR THE SIXTH APPELLATE DISTRICT

TEXARKANA, TEXAS

---

JONATHAN RAY SHEPHERD

Appellant

vs.

THE STATE OF TEXAS,

Appellee

Appeal from the 115th District Court of Upshur County, Texas, Cause No. 16,605

---

<u>AMENDED MOTION TO WITHDRAW BY
APPELLANT'S COURT APPOINTED ATTORNEY</u>

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now, Dwight A. Brannon, the Appellant's Court Appointed Attorney, who respectfully files this amended motion to withdraw as the attorney on appeal for Jonathan Ray Shepherd, the Appellant. In support of this said motion, this attorney would show the Court the following:

1

I.

By certified mail and regular mail the Appellant has been notified in writing by this attorney of this withdrawal and of the substitution of Russell Wilson II as Appellant's retained appellate attorney. See the certificate of service and attached cover letter. However, some research and record review attorney services have occurred, and extensive copying of the Clerk's Record and the Reporter's Record have been performed by this attorney's office. Upshur County should be reimbursed by Appellant through his retained attorney upon approval of the billing by Judge Parish, the presiding judge of the 115th District Court.

II.

This attorney has no objection to the substitution request.

III.

The next deadline date or due date is that the filing of the Appellant's brief is due on September 24, 2015.

## PRAYER

Wherefore premises Considered, this attorney prays that this motion to withdraw be granted and that the reimbursement relief requested be granted.

Respectfully submitted,

By: _____
Dwight A. Brannon
P.O. Box 670
Gilmer, Texas 75644

2

Tel: 903-843-2523
Fax: 903-843-6014
State Bar No.02894500
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Motion to Withdraw has been delivered by certified mail return receipt requested to the Upshur County District Attorney's Office at 405 N. Titus Street, Gilmer, Texas 75644; and to Russell Wilson, II at 1910 Pacific Ave., Dallas, Texas 75201; and delivered by U.S. regular mail and by certified mail return receipt requested to Mr. Jonathan Ray Shepherd c/o the McConnell Unit at 3001 S. Emily Dr., Beeville, Texas 78102, on this 10th day of _____September_____ 2015.

Dwight A. Brannon

3